BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00315-AWI-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MIGUEL MALAGON-ALEJANDREZ. | |
| Defendant, | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 8, 2014 at 1:00 p.m.

2. By this stipulation, defendant now moves to continue the status conference until January 26, 2015 at 1:00 p.m. and to exclude time between December 8, 2014 and January 26, 2015 under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying. Discovery review is ongoing.

   b. Plea negotiations are ongoing however the parties need additional time. Further, the defendant's second case, 1:12-cr-00301-AWI-BAM has been continued by

stipulation to the above requested date.  It is anticipated that both matters will resolve at the same time.

   c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2012 to December 3, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

DATED:  December 4, 2014   /s/ Laurel J. Montoya
             LAUREL J. MONTOYA
             Assistant United States Attorney

DATED:  December 4, 2014   /s/ David Torres
             DAVID TORRES
             Attorney for Defendant

////

////

////

////

O R D E R

IT IS SO FOUND AND ORDERED that the 11th Status Conference for this case, trails defendants other case 1:12-cr-310-AWI-BAM, is continued from December 8, 2014 to January 26, 2015 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **December 4, 2014**                         /s/ Barbara A. McAuliffe
                                                       UNITED STATES MAGISTRATE JUDGE