PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
FEB 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL MALAGON-ALEJANDREZ,<br><br>Defendants. | CASE NO. 1:12-00315-BAM-DAD<br><br>MOTION TO DISMISS INDICTMENT<br>[FED. R. CRIM. PROC. 48(a)] |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case as to the above-named defendant in the interest of justice. Pursuant to the plea agreement filed in 1:12-cr-00310-BAM-DAD, the government agreed to dismiss this indictment after plea and sentencing in that matter.

Dated: February 10, 2017                           PHILLIP A. TALBERT
                                                  United States Attorney

                                           By: /s/ LAUREL J. MONTOYA
                                                  LAUREL J. MONTOYA
                                                  Assistant United States Attorney

///
///
///
///

MOTION TO DISMISS INDICTMENT; ORDER                    1

## ORDER

IT IS SO ORDERED that the Indictment be dismissed as to defendant MIGUEL MALAGON-ALEJANDREZ in the interest of justice.

DATED: February 13, 2017

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT JUDGE